Maureen R. Graves (SBN 145979)
John G. Nolte, (SBN 233966)
34 Schubert Court
Irvine, CA 92617
Phone: 949-856-0128
Fax: 949-856-0168
maureen@maureengraves.com
john@maureengraves.com

FILED

08 APR -4 PM 4:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Attorney for Plaintiffs
Ka.D., by her mother, Ky.D., as her next friend; Ky.D., and B.D.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Ka.D., a minor, by her mother, Ky.D., )   Case No. '08 CV 0622 JLS POR
as her next friend; Ky.D. and B.D.    )
                                       )   DECLARATION OF
                                       )   INTERESTED PARTIES
         Plaintiffs,                   )
                                       )
                                       )
SOLANA BEACH SCHOOL DISTRICT           )
And MARY ELLEN NEST,                   )
                                       )
         Defendants.                   )
_____)

The interested parties in this matter are:

Ka.D., a minor.

Ky.D., her mother and proposed guardian ad litem.

B.D., her father.

Mary Ellen Nest, director of special education for Solana Beach School District.

Solana Beach School District

Respectfully submitted 4 April 2008,                 /s/ Maureen Graves
                                                     MAUREEN GRAVES
                                                     Counsel for Plaintiffs

1