Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -4 PM 4:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ CP _____ DEPUTY

Ka.D., a minor by her mother Ky.D., as her next friend; Ky.D., and B.D.

vs

SOLANA BEACH SCHOOL DISTRICT and MARY ELLEN NEST

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0622 JLS POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Maureen Graves Esq., State Bar No. 145979
34 Schubert Court
Irvine, California, 92617
Phone: (949) 856-0128 / Facsimile: (949) 856-0168

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____
W. Samuel Hamrick, Jr.
CLERK

4/4/08
DATE

By C. PUTTMANN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)