1  JENNIFER S. CREIGHTON, STATE BAR NO. 202799
   WINET, PATRICK & WEAVER
2  440 SOUTH MELROSE DRIVE, SUITE 200
   VISTA, CALIFORNIA 92081-6666
3  TELEPHONE: (760) 758-4261

4  Attorneys for Defendants Solana Beach School District and Mary Ellen Nest

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ka.D., a minor, by her mother, Ky.D., as her next friend; Ky.D. and B.D., <br><br> Plaintiffs, <br><br> vs. <br><br> SOLANA BEACH SCHOOL DISTRICT and MARY ELLEN NEST, <br><br> Defendants. | CASE NO. '08 CV 0622 JLS POR <br> ACTION DATE: <br><br> I/C JUDGE: <br><br> **JOINT MOTION TO CONTINUE DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING** |

Defendants, SOLANA BEACH SCHOOL DISTRICT and MARY ELLEN NEST, and Plaintiffs, Ka.D., a minor, by her mother, Ky.D., as her next friend; Ky.D. and B.D., jointly agree to move to continue the deadline for Defendants to file a responsive pleading and any counterclaims to Plaintiffs' Complaint. Please see attached Stipulation.

Dated: 6/23/08

WINET, PATRICK & WEAVER

By: _____
Jennifer S. Creighton, Attorneys for
Defendants, Solana Beach School District and
Mary Ellen Nest

1

m:Law Offices of Maureen Graves (17607586420)     14:49 06/23/08GMT-04 Pg 03-03
06/23/2008  FAX 17607586420  THE PATRICK WEAVER                    ☒003/006
Case 3:08-cv-00622-W-POR   Document 4   Filed 06/23/2008   Page 2 of 3

1  Dated: 6/23/08          LAW OFFICES OF MAUREEN GRAVES
2
3                          By: _____
4                              Maureen Graves, Attorneys for Plaintiffs
                                Ka.D., a minor, by her mother, Ky.D., as her
                                next friend; Ky.D. and B.D.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
JOINT MOTION TO CONTINUE DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING
                                          CASE NO. '08 CV 0622 JLS POR

*Ka.D., v. Solana Beach School District and Mary Ellen Nest* (GI20546)
United States District Court, Southern District of California, Case No. 08 CV0622 JLS (POR)

JENNIFER S. CREIGHTON, STATE BAR NO. 202799
WINET, PATRICK & WEAVER
440 S. MELROSE DRIVE, SUITE 200
VISTA, CALIFORNIA 92081
TELEPHONE: (760) 758-4261

## CERTIFICATE OF SERVICE

I, Vicki Asturias, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 440 South Melrose Drive, Suite 200, Vista, California 92081.

On June 23, 2008, I served the foregoing documents:

**JOINT MOTION TO CONTINUE DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING**

on all interested persons in this action addressed as shown below and on the attached service list which is incorporated herein as follows:

( ) **BY MAIL:** By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business in a sealed envelope with first-class postage prepaid at Vista, California.

(X) **BY ELECTRONIC SERVICE:** On the dated stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 23, 2008, at Vista, California.

_Vicki Asturias_ (signature)
Vicki Asturias