UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ka.D., a minor, by her mother, Ky.D., as her next friend; Ky.D. and B.D.,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLANA BEACH SCHOOL DISTRICT and MARY ELLEN NEST,<br><br>Defendants. | CASE NO. '08 CV 0622 JLS POR<br>ACTION DATE: 04/04/08<br><br>I/C JUDGE:<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND COUNTERCLAIMS TO PLAINTIFFS' COMPLAINT** |

The parties to this case, through their attorneys of record, hereby agree and stipulate to a continuance for Defendants to file their responsive pleading and any counterclaims to Plaintiffs' Complaint. At the present time, the responsive pleading to Plaintiffs' Complaint is due to be filed June 23, 2008. The parties have agreed that Defendants will be granted a 90 day extension, to and including September 22, 2008, in which to file their responsive pleading and any counterclaims.

///
///
///
///
///

1

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE
RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**            CASE NO. '08 CV 0622 JLS POR

Therefore, IT IS HEREBY STIPULATED AND AGREED, by the parties, through their attorneys of record, that Defendants will have until September 22, 2008 to file their responsive pleading and any counterclaims.

Dated: 6/23/08

WINET, PATRICK & WEAVER

By: _____
Jennifer S. Creighton, Attorneys for
Defendants, Solana Beach School District and
Mary Ellen Nest

Dated: 6/23/08

LAW OFFICES OF MAUREEN GRAVES

By: _____
Maureen Graves, Attorneys for Plaintiffs
Ka.D., a minor, by her mother, Ky.D., as her
next friend; Ky.D. and B.D.

2

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE
RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT                CASE NO. '08 CV 0622 JLS POR

1  *Ka.D., v. Solana Beach School District and Mary Ellen Nest* (GI20546)
   United States District Court, Southern District of California, Case No. 08 CV0622 JLS (POR)

JENNIFER S. CREIGHTON, STATE BAR NO. 202799
WINET, PATRICK & WEAVER
440 S. MELROSE DRIVE, SUITE 200
VISTA, CALIFORNIA 92081
TELEPHONE: (760) 758-4261

## CERTIFICATE OF SERVICE

I, Vicki Asturias, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 440 South Melrose Drive, Suite 200, Vista, California 92081.

On June 23, 2008, I served the foregoing documents:

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND COUNTERCLAIMS TO PLAINTIFFS' COMPLAINT**

on all interested persons in this action addressed as shown below and on the attached service list which is incorporated herein as follows:

( )  **BY MAIL:** By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business in a sealed envelope with first-class postage prepaid at Vista, California.

(X)  **BY ELECTRONIC SERVICE:** On the dated stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 23, 2008, at Vista, California.

*[signature]*
Vicki Asturias