UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ka.D., a minor, by her mother, Ky.D., as her next friend; Ky.D. and B.D., <br><br> Plaintiffs, <br><br> vs. <br><br> SOLANA BEACH SCHOOL DISTRICT and MARY ELLEN NEST, <br><br> Defendants. | CASE NO. 08 CV 0622 JLS POR <br><br> **ORDER: GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING AND COUNTERCLAIMS TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY ORDERED that Defendants shall have until September 22, 2008 to file their responsive pleading and any counterclaims.

IT IS SO ORDERED.

DATED: June 25, 2008

Honorable Janis L. Sammartino
United States District Judge

1

CASE NO. '08 CV 0622 JLS POR