1  JENNIFER S. CREIGHTON, STATE BAR NO. 202799
   WINET, PATRICK & WEAVER
2  440 SOUTH MELROSE DRIVE, SUITE 200
   VISTA, CALIFORNIA 92081-6666
3  TELEPHONE: (760) 758-4261

4  Attorneys for Defendants Solana Beach School District and Mary Ellen Nest

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ka.D., a minor, by her mother, Ky.D., as her next friend; Ky.D. and B.D., <br><br> Plaintiffs, <br><br> vs. <br><br> SOLANA BEACH SCHOOL DISTRICT and MARY ELLEN NEST, <br><br> Defendants. | CASE NO. '08 CV 0622 JLS POR <br> ACTION DATE: <br><br> I/C JUDGE: <br><br> **JOINT MOTION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANTS** |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Defendants, SOLANA BEACH SCHOOL DISTRICT and MARY ELLEN NEST, makes the following substitution: new legal representative, Daniel R. Shinoff, at Stutz, Artiano, Shinoff & Holtz, APC, 2488 Historic Decatur Road, Suite 200, San Diego, CA 92106, telephone number (619) 232-3122 in place of former legal representative, Jennifer S. Creighton, at Winet, Patrick & Weaver, 440 South Melrose Drive, Suite 200, Vista, CA 92081, telephone (760) 758-4261.

///
///
///

---

1
**JOINT MOTION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANTS**
CASE NO. '08 CV 0622 JLS POR

I consent to this substitution:

Dated: 7/1/08

*/s/ Mary Ellen Nest*
Mary Ellen Nest

I consent to this substitution:

Dated: 7/1/08

*/s/ Leslie Fausset*
Leslie Fausset, Superintendent, Solana Beach School District

I consent to this substitution:

WINET, PATRICK & WEAVER

Dated: 6/27/08

By: */s/ Jennifer S. Creighton*
Jennifer S. Creighton, Attorneys for Defendants, Solana Beach School District and Mary Ellen Nest

I consent to this substitution:

STUTZ, ARTIANO, SHINOFF & HOLTZ, APC

Dated: 7/1/08

By: */s/ Daniel R. Shinoff*
Daniel R. Shinoff, Attorneys for Defendants, Solana Beach School District and Mary Ellen Nest

JOINT MOTION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANTS
CASE NO. '08 CV 0622 JLS POR

Ka.D., v. Solana Beach School District and Mary Ellen Nest (GI20546)
United States District Court, Southern District of California, Case No. 08 CV0622 JLS (POR)

JENNIFER S. CREIGHTON, STATE BAR NO. 202799
WINET, PATRICK & WEAVER
440 S. MELROSE DRIVE, SUITE 200
VISTA, CALIFORNIA 92081
TELEPHONE: (760) 758-4261

## CERTIFICATE OF SERVICE

I, Vicki Asturias, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 440 South Melrose Drive, Suite 200, Vista, California 92081.

On July 3, 2008, I served the foregoing documents:

1. **JOINT MOTION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANTS**

on all interested persons in this action addressed as follows:

| **Via Electronic Service** | **Via U.S. Mail** |
|---|---|
| Maureen Graves | Daniel R. Shinoff |
| Law Offices of Maureen Graves | Stutz, Artiano, Shinoff & Holtz, APC |
| 34 Schubert Court | 2488 Historic Decatur Road, Suite 200 |
| Irvine, CA 92617 | San Diego, CA 92106 |
| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |

( X )  BY MAIL: By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business in a sealed envelope with first-class postage prepaid at Vista, California.

(X)  BY ELECTRONIC SERVICE: On the dated stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 3, 2008, at Vista, California.

*/s/ Vicki Asturias*
Vicki Asturias