UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ka.D., a minor, by her mother, Ky.D., as her next friend; Ky.D. and B.D.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>SOLANA BEACH SCHOOL DISTRICT and MARY ELLEN NEST,<br><br>        Defendants. | CASE NO. 08 CV 0622 JLS POR<br>ACTION DATE: 04/04/08<br><br>**ORDER GRANTING JOINT MOTION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANTS** |

IT IS HEREBY ORDERED that Defendants' Joint Motion for Substitution of Attorney for Defendants, SOLANA BEACH SCHOOL DISTRICT and MARY ELLEN NEST is granted.

DATED: July 7, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge

CASE NO. 08 CV 0622 JLS POR