UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KA.D., a minor, by her mother, KY.D., as her next friend; KY.D.; and B.D.;<br><br>            Plaintiffs,<br><br>vs.<br><br>SOLANA BEACH SCHOOL DISTRICT,<br><br>            Defendant. | Civil No. 08-cv-00622-W (POR)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |
| SOLANA BEACH SCHOOL DISTRICT;<br><br>            Counterclaimant,<br><br>v.<br><br>KA.D., a minor, by her mother, KY.D., as her next friend; KY.D.; and B.D.;<br><br>            Counter Defendants. | |

  On December 16, 2008, the Court held a Settlement Conference in this matter. Appearing before the Court were Maureen Graves, Esq., as counsel for Plaintiff; and Daniel Shinoff, Esq., as counsel for Defendant. The case did not settle. Based thereon, the Court hereby confirms the dates of its December 11, 2008 Order.

DATED: December 18, 2008

                       LOUISA S PORTER
                       United States Magistrate Judge

cc:  The Honorable Thomas J. Whelan
    All parties